UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                             :
SU BE,                                                       :
                                                             :
                        Plaintiff,                           :
                                                             :                20-CV-8571 (JPC)
           -v-                                               :
                                                             :                ORDER
COMCAST CORPORATION and MAGELLAN                             :
HEALTH SERVICES, INC.,                                       :
                                                             :
                        Defendants.                          :
                                                             :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[t]he title of the complaint must name all the parties."  Plaintiff is currently using what the Court understands to be an abbreviation of her name as a pseudonym rather than her name.  *See* Dkt. 1 ¶ 9.  "[W]hen determining whether a plaintiff may be allowed to maintain an action under a pseudonym, the plaintiff's interest in anonymity must be balanced against both the public interest in disclosure and any prejudice to the defendant."  *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008).  There is a presumption that a plaintiff will proceed under her own name.  *United States v. Pilcher*, 950 F.3d 39, 45 (2d Cir. 2020) (per curiam) ("In *Sealed Plaintiff*, we held that pseudonyms are the exception and not the rule, and in order to receive the protections of anonymity, a party must make a case rebutting that presumption.").

By February 2, 2021, Plaintiff shall file a letter, no more than five pages in length, explaining why the presumption of disclosure is overcome here and addressing *Sealed Plaintiff* and the factors it identified, its progeny, and any other relevant authority.  537 F.3d at 189-90; *see Pilcher*, 950 F.3d at 42.  Plaintiff should also explain why reference to Su Be's minor child, So Be,

by a pseudonym would not be sufficient to protect that child's privacy interests.  If one or more Defendants wish to file a letter, no more than five pages in length, responding to Plaintiff's letter, they may do so by February 9, 2021.

     SO ORDERED.

Dated: January 25, 2021
     New York, New York

                                            JOHN P. CRONAN
                                  United States District Judge